UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARDEA, JR.,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>Respondent. | Case No. 2:20-cv-03749-FLA (MRW)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The court hereby accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Date:  December 29, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge