1
2
3
4
5
6
7
8
9               UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| RAUL GARDEA, JR.,<br><br>          Petitioner,<br><br>     v.<br><br>RAYMOND MADDEN, Warden,<br><br>          Respondent. | Case No. 2:20-cv-03749-FLA (MRW)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is DENIED and this action is DISMISSED with prejudice.

Date:  December 29, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge